UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re NOVELL, INC. SHAREHOLDER LITIGATION | ) ) ) ) | No. 1:10-cv-12076-RWZ |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| ALL ACTIONS. | | |

740352_1

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, on November 22, 2010, Novell, Inc., Attachmate Corporation and Longview Software Acquisition Corp. announced that they had entered into a merger agreement pursuant to which Novell shareholders would receive $6.10 per share in cash for each share of outstanding Novell common stock (the "Acquisition");

WHEREAS, on December 1, 2010, and December 29, 2010, respectively, plaintiffs Mohan Desai, Robert G. Ciancetti, Leslie Jacobs, Bruce M. Scotland and Michael Rosenberg filed putative class action lawsuits challenging the Acquisition;

WHEREAS, on March 23, 2011, the Court consolidated the two related actions, and on April 27, 2011, appointed Robbins Geller Rudman & Dowd LLP and Levi & Korsinsky LLP as Lead Counsel;

WHEREAS, on June 15, 2011, plaintiffs filed a Consolidated Complaint for Breach of Fiduciary Duties and Violations of §§14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Consolidated Complaint");

WHEREAS, on February 10, 2012, the Court stayed this action in favor of related litigation pending in Delaware;

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

740352_1

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.

41(a)(1), plaintiffs Mohan Desai, Robert G. Ciancetti, Leslie Jacobs, Bruce M. Scotland and Michael

Rosenberg voluntarily dismiss the Consolidated Complaint without prejudice.

DATED:  August 7, 2012                                  PARTRIDGE, ANKNER & HORSTMANN, LLP


                                                        /s/ Terence K. Ankner
                                                       _____
                                                       TERENCE K. ANKNER, BBO # 552469
                                                       PETER CHARLES HORSTMANN, BBO #556377

                                                       The Berkley Building
                                                       200 Berkley Street, 16th Floor
                                                       Boston, MA  02116
                                                       Telephone:  617/859-9999
                                                       617/686-6181 (fax)
                                                       tka@anknerlaw.com

                                                       Liaison Counsel

                                                       ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                       DARREN J. ROBBINS
                                                       RANDALL J. BARON
                                                       A. RICK ATWOOD, JR.
                                                       DAVID T. WISSBROECKER
                                                       DAVID A. KNOTTS
                                                       655 West Broadway, Suite 1900
                                                       San Diego, CA  92101-3301
                                                       Telephone:  619/231-1058
                                                       619/231-7423 (fax)

                                                       LEVI & KORSINSKY, LLP
                                                       EDUARD KORSINSKY
                                                       30 Broad Street, 15th Floor
                                                       New York, NY  10004
                                                       Telephone:  212/363-7500
                                                       212/363-7171 (fax)

                                                       Co-Lead Counsel for Plaintiffs

740352_1

CERTIFICATE OF SERVICE

I certify that the following will be served electronically on all counsel identified on the

Notice of Electronic Filing.


/s/ Terence K. Ankner, Esq.
Terence K. Ankner, Esquire

740352_1